DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
Phone (702) 388-6336
Fax (702) 388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>VANDERMERE GIPSON, aka<br>VANDEMAR GIPSON, aka<br>VANDEMAR ANDREWS,<br><br>  Defendant. | 2:14-mj-00730-GWF<br><br>EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and ALEXANDRA MICHAEL, Assistant United States Attorney, and respectfully moves this Court to unseal the Criminal Complaint in the above captioned matter. The Government sealed the complaint to protect an on-going investigation. The need for keeping the complaint sealed expired at the time of defendant's arrest and initial appearance on November 10, 2014. As a result, the Government respectfully moves to have the Criminal Complaint and all subsequent proceeding in this case unsealed.

DATED this 14th day of November, 2014.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

ALEXANDRA MICHAEL
Assistant United States Attorney

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2014