1  DANIEL G. BOGDEN
   United States Attorney
2  ALEXANDRA MICHAEL
   Assistant United States Attorneys
3  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, NV  89101
   Phone (702) 388-6336
4  Fax (702) 388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-mj-00730-GWF |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| VANDERMERE GIPSON, aka VANDEMAR GIPSON, aka VANDEMAR ANDREWS, | |
| Defendant. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and ALEXANDRA MICHAEL, Assistant United States Attorney, and respectfully moves to have this Court for an Order to UNSEAL the Criminal Complaint and all subsequent and further proceedings in the above-captioned case.

DATED this 18th day of November, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

By: _____
ALEXANDRA MICHAEL
Assistant United States Attorney

1

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
Phone (702) 388-6336
Fax (702) 388-6698

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-mj-00730-GWF |
| Plaintiff, ) | |
| ) | **ORDER TO UNSEAL CASE** |
| VANDERMERE GIPSON, aka ) | |
| VANDEMAR GIPSON, aka ) | |
| VANDEMAR ANDREWS, ) | |
| Defendant. ) | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Criminal Complaint filed on November 5, 2014 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this __19th__ day of November, 2014.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE