Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 2:14-cr-00374-GMN-PAL |
| VANDEMERE GIPSON, | ) |
| Defendant. | ) |

**NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST**

COMES NOW Defendant, VANDEMERE GIPSON, by and through his counsel of record, LANCE MANINGO, ESQ., of MANINGO LAW, for purposes of potential 2255 Motion to Vacate under *Rehaif v. United States*, only, and moves this Honorable Court to allow counsel to be removed from CM/ECF E-Notice List.

DATED this 25th day of June, 2020.

MANINGO LAW

**IT IS SO ORDERED.**

By: /s/ Lance Maningo

Dated this  29  day of June, 2020.

Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of MANINGO LAW, and that on the 25th day of June, 2020, I served a copy of the foregoing NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST via CM/ECF system, which was served via electronic transmission by the Clerk of the Court pursuant to local order.

  /s/ *Elyse Kilgore*  
An Employee of MANINGO LAW