RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Vandemere Gipson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>VANDEMERE GIPSON,<br><br>       Defendant. | Case No. 2:14-cr-00374-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Vandemere Gipson, that the Revocation Hearing currently scheduled on December 5, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs time to meet with client, review discovery and prepare for final revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 29th day of November, 2023.

3

4  RENE L. VALLADARES                    JASON M. FRIERSON
   Federal Public Defender                United States Attorney
5

6
   By /s/ Jawara Griffin                  By /s/ Jessica Oliva
7  JAWARA GRIFFIN                         JESSICA OLIVA
   Assistant Federal Public Defender      Assistant United States Attorney
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>VANDEMERE GIPSON,<br><br>        Defendant. | Case No. 2:14-cr-00374-GMN-PAL<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, December 5, 2023 at 9:00 a.m., be vacated and continued to February 27, 2024 at the hour of 11:00 a.m.

    DATED this 30 day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

3