RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Vandemere Gipson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VANDEMERE GIPSON,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00374-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Vandemere Gipson, that the Revocation Hearing currently scheduled on February 27, 2024, be vacated and advanced to February 21, 2024 at 9:00 a.m.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for Mr. Gipson has a conflict with the current setting of this hearing and will be in trial in *USA v. Whittaker*, United States District Court, District of Nevada case 2:23-cr-00013-JCM-BNW.  Therefore, the parties have agreed to advance the hearing to allow defense counsel to be present.

2. Upon information and belief, the Court has availability to advance the hearing to February 21, 2024, at 9:00 a.m.

3. The defendant is in custody and does not oppose this request.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 8th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Jessica Oliva<br>JESSICA OLIVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>VANDEMERE GIPSON,<br><br>            Defendant. | Case No. 2:14-cr-00374-GMN-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 27, 2024 at 11:00 a.m., be vacated and advanced to February 21, 2024 at the hour of 9:00 a.m.

DATED this 8th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

3